IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

EVANS DONNELL          )
                       )
v.                     ) NO. 3-11-0534
                       ) JUDGE CAMPBELL
MIDLAND FUNDING LLC, et al.  )

ORDER

Plaintiff has filed a Notice of Settlement, indicating that all claims herein have been settled. Accordingly, the parties shall submit to the Court, on or before October 11, 2011, an Agreed Order of Dismissal.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE