IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

EVANS DONNELL              )
                           )
v.                         )    No. 3-11-0534
                           )
MIDLAND FUNDING, LLC; and  )
MIDLAND CREDIT MANAGEMENT, )
INC.                       )

O R D E R

On August 10, 2011, the plaintiff noticed the Court that a settlement had been reached in this case. See Docket Entry No. 10.

As a result, the initial case management conference, rescheduled by order entered July 21, 2011 (Docket Entry No. 9), on August 31, 2011, is CANCELLED.

The Clerk is directed to forward the file in this case to the Honorable Todd J. Campbell, Chief Judge, for his consideration of the parties' agreed order of dismissal to be filed by October 11, 2011, as provided in the order entered August 10, 2011 (Docket Entry No. 11).

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge